UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.,<br><br>    Defendant. | No. 6:20-cv-00814<br><br>JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following: WSOU Investments, LLC is a private corporation whose parent is WSOU Holdings, LLC. Neither entity is public traded.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: September 4, 2020 | */s/ Raymond W. Mort, III* |
| | Raymond W. Mort, III |
| Edward J. Naughton | Texas State Bar No. 00791308 |
| (*pro hac vice* to be filed) | raymort@austinlaw.com |
| enaughton@brownrudnick.com | THE MORT LAW FIRM, PLLC |
| Rebecca MacDowell Lecaroz | 100 Congress Avenue, Suite 2000 |
| (*pro hac vice* to be filed) | Austin, Texas 78701 |
| rlecaroz@brownrudnick.com | Tel/Fax: 512-865-7950 |
| BROWN RUDNICK LLP | |
| One Financial Center | |
| Boston, Massachusetts 02111 | |
| telephone:  (617) 856-8200 | |
| facsimile:  (617) 856-8201 | |
| | |
| Alessandra C. Messing | |
| (*pro hac vice* to be filed) | |
| amessing@brownrudnick.com | |
| Timothy J. Rousseau | |
| (*pro hac vice* to be filed) | |
| trousseau@brownrudnick.com | |
| Yarelyn Mena | |
| (*pro hac vice* to be filed) | |
| ymena@brownrudnick.com | |
| BROWN RUDNICK LLP | |
| 7 Times Square | |
| New York, New York 10036 | |
| telephone:  (212) 209-4800 | |
| facsimile:  (212) 209-4801 | |
| | |
| David M. Stein | |
| dstein@brownrudnick.com | |
| (*pro hac vice* to be filed) | |
| Sarah G. Hartman | |
| (*pro hac vice* to be filed) | |
| shartman@brownrudnick.com | |
| BROWN RUDNICK LLP | |
| 2211 Michelson Drive, 7th Floor | |
| Irvine, California 92612 | |
| telephone:  (949) 752-7100 | |
| facsimile:  (949) 252-1514 | |
| | |
| | *Counsel for Plaintiff* |
| | *WSOU Investments, LLC d/b/a* |
| | *Brazos Licensing and Development* |