# **EXHIBIT 9**

Title: CiteSeerX — Citation Query Introduction to algorithms
Link: http://citeseerx.ist.psu.edu/showciting?cid=1910
Captured: Friday, March 12, 2021 15:50:25

Documents  Authors  Tables                                          Donate   DMCA   MetaCart   Sign up   Log in

# CiteSeer<sup>x</sup>

☐ Include Citations                                 Advanced Search

## Introduction to algorithms (1995)

by T H Cormen, C E Leiserson, R L Rivest

Add To MetaCart

Results 1 - 10 of 10,620                                            Next 10

**Tools**

Sorted by: Citation Count

### Numerical optimization
by Jorge Nocedal, Stephen J. Wright , 1999
"......"
Abstract - Cited by 3326 (28 self) - Add to MetaCart

### RADAR: an in-building RF-based user location and tracking system
by Paramvir Bahl, Venkata N. Padmanabhan , 2000
"... The proliferation of mobile computing devices and local-area wireless networks has fostered a growing interest in location-aware systems and services. In this paper we present RADAR, a radio-frequency (RF) based system for locating and tracking users inside buildings. RADAR operates by recording and ..."
Abstract - Cited by 2036 (14 self) - Add to MetaCart
(Show Context)

### Fast Planning Through Planning Graph Analysis
by Avrim L. Blum, Merrick L. Furst - ARTIFICIAL INTELLIGENCE , 1995
"... We introduce a new approach to planning in STRIPS-like domains based on constructing and analyzing a compact structure we call a Planning Graph. We describe a new planner, Graphplan, that uses this paradigm. Graphplan always returns a shortest possible partial-order plan, or states that no valid pla ..."
Abstract - Cited by 1171 (3 self) - Add to MetaCart

### An Optimal Algorithm for Approximate Nearest Neighbor Searching in Fixed Dimensions
by Sunil Arya, David M. Mount, Nathan S. Netanyahu, Ruth Silverman, Angela Y. Wu - ACM-SIAM SYMPOSIUM ON DISCRETE ALGORITHMS , 1994
"... Consider a set S of n data points in real d-dimensional space, R d , where distances are measured using any Minkowski metric. In nearest neighbor searching we preprocess S into a data structure, so that given any query point q 2 R d , the closest point of S to q can be reported quickly. Given any po ..."
Abstract - Cited by 984 (32 self) - Add to MetaCart

### Efficient graph-based image segmentation.
by Pedro F Felzenszwalb , Daniel P Huttenlocher - International Journal of Computer Vision, , 2004
"... Abstract. This paper addresses the problem of segmenting an image into regions. We define a predicate for measuring the evidence for a boundary between two regions using a graph-based representation of the image. We then develop an efficient segmentation algorithm based on this predicate, and show ..."
Abstract - Cited by 940 (1 self) - Add to MetaCart
(Show Context)

### Pictorial Structures for Object Recognition
by Pedro F. Felzenszwalb, Daniel P. Huttenlocher - IJCV , 2003
"... in this paper we present a statistical framework for modeling the appearance of objects. Our work is motivated by the pictorial structure models introduced by Fischler and Elschlager. The basic idea is to model an object by a collection of parts arranged in a deformable configuration. The appearance ..."
Abstract - Cited by 818 (15 self) - Add to MetaCart
(Show Context)

### Bayesian Network Classifiers
by Nir Friedman, Dan Geiger, Moises Goldszmidt , 1997
"... Recent work in supervised learning has shown that a surprisingly simple Bayesian classifier with strong assumptions of independence among features, called naive Bayes, is competitive with state-of-the-art classifiers such as C4.5. This fact raises the question of whether a classifier with less restr ..."

WSOU-Juniper-0003113

Title: CiteSeerX — Citation Query Introduction to algorithms
Link: http://citeseerx.ist.psu.edu/showciting?cid=1910
Captured: Friday, March 12, 2021 15:50:25

Abstract - Cited by 796 (20 self) - Add to MetaCart
(Show Context)

### Dynamic Bayesian Networks: Representation, Inference and Learning

by Kevin Patrick Murphy , 2002

"... Modelling sequential data is important in many areas of science and engineering. Hidden Markov models (HMMs) and Kalman filter models (KFMs) are popular for this because they are simple and flexible. For example, HMMs have been used for speech recognition and bio-sequence analysis, and KFMs have bee ..."
Abstract - Cited by 770 (3 self) - Add to MetaCart

### The design and implementation of FFTW3

by Matteo Frigo, Steven G. Johnson - PROCEEDINGS OF THE IEEE , 2005

"... FFTW is an implementation of the discrete Fourier transform (DFT) that adapts to the hardware in order to maximize performance. This paper shows that such an approach can yield an implementation that is competitive with hand-optimized libraries, and describes the software structure that makes our ou ..."
Abstract - Cited by 726 (3 self) - Add to MetaCart

### gSpan: Graph-Based Substructure Pattern Mining

by Xifeng Yan, Jiawei Han , 2002

"... We investigate new approaches for frequent graph-based pattern mining in graph datasets and propose a novel algorithm called gSpan (graph-based Substructure pattern mining) , which discovers frequent substructures without candidate generation. gSpan builds a new lexicographic order among graphs, and ..."
Abstract - Cited by 550 (34 self) - Add to MetaCart


Powered by: Solr

About CiteSeerX    Submit and Index Documents    Privacy Policy    Help    Data    Source    Contact Us

Developed at and hosted by The College of Information Sciences and Technology

© 2007-2019 The Pennsylvania State University

WSOU-Juniper-0003114