**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>　　　　Plaintiff<br><br>v.<br><br>JUNIPER NETWORKS, INC.<br><br>　　　　Defendant | Civil Action Nos.: 6:20-cv-00812-ADA<br>　　　　　　　　6:20-cv-00813-ADA<br>　　　　　　　　6:20-cv-00814-ADA<br>　　　　　　　　6:20-cv-00815-ADA<br>　　　　　　　　6:20-cv-00902-ADA<br>　　　　　　　　6:20-cv-00903-ADA<br><br>**JURY TRIAL DEMANDED** |

**STATUS REPORT RE: INTER-DISTRICT MOTION TO TRANSFER**

Pursuant to the Court's March 23, 2021 Standing Order Regarding Motion for Inter-District Transfer, Defendant Juniper Networks, Inc. hereby notifies the Court that its motion to transfer the above-captioned cases to the Northern District of California is not fully briefed and ready for resolution.  The *Markman* hearing is currently scheduled for June 3, 2021.  *See* Case No. 6:20-cv-00812-ADA, Dkt. No. 38.

DATED:  April 22, 2021                    Respectfully submitted,


By _____ */s/ B. Russell Horton* _____
    B. Russell Horton
    rhorton@gbkh.com
    George Brothers Kincaid & Horton LLP
    114 West 7th Street, Suite 1100
    Austin, TX 78701
    Telephone: (512) 495-1400
    Facsimile: (512-499-0094

    Kevin P.B. Johnson
    kevinjohnson@quinnemanuel.com
    Todd Briggs
    toddbriggs@quinnemanuel.com
    Margaret Shyr (*pro hac vice*)
    margaretshyr@quinnemanuel.com
    Joseph E. Reed (*pro hac vice*)
    joereed@quinnemanuel.com
    Quinn Emanuel Urquhart & Sullivan, LLP
    555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, CA 94065
    Telephone: (650) 801-5000
    Facsimile: (650) 801-5100

    Nima Hefazi (*pro hac vice*)
    nimahefazi@quinnemanuel.com
    Quinn Emanuel Urquhart & Sullivan, LLP
    865 South Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

    *Counsel for Defendant*
    *Juniper Networks, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on April 22, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

Dated:  April 22, 2021                */s/ B. Russell Horton*
                                       B. Russell Horton