# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC,<br>*Plaintiff* | § § § § § § § § § § | 6-20-CV-00812<br>6-20-CV-00813<br>6-20-CV-00814<br>6-20-CV-00815<br>6-20-CV-00902<br>6-20-CV-00903 |
| -v- | | |
| JUNIPER NETWORKS, INC.,<br>*Defendant* | | |

## CLAIM CONSTRUCTION ORDER

The Court held a *Markman* hearing on June 24, 2021. During that hearing, the Court provided its final constructions. The Court now enters those claim constructions.

**SIGNED** this 24th day of June, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| "centralized node for coupling into a computer network"<br><br>('781 Patent, claim 1)<br><br>[Proposed by Juniper] | plain and ordinary meaning preamble not limiting | the "centralized node" term in the preamble is limiting, and the "identifying," "constructing," and "communicating" steps are performed by the "centralized node" | "centralized node for coupling into a computer network" is limiting |
| "second traffic configuration"<br><br>('781 Patent, claims 1, 9, 18)<br><br>[proposed by Juniper] | plain and ordinary meaning | "a multicast routing configuration constructed by the centralized node" (claims 1 and 9)<br><br>"a multicast routing configuration constructed by a centralized node" (claim 18) | Plain-and-ordinary meaning |
| "routing algorithm determines the routes in a manner that ensures that failure of a single link in the network affects a minimum amount of a bandwidth B of the traffic demand"<br><br>(' 990 Patent, claim 6)<br><br>[proposed by Juniper] | plain and ordinary meaning | "wherein the routing algorithm determines the routes in a manner that ensures that failure of a single link in the network affects the smallest possible amount of a bandwidth B of the traffic demand" | Plain-and-ordinary meaning |

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| "a network device"<br><br>('140 Patent, claims 1–6, 13, 15, 16–19, 34–38)<br><br>[proposed by Juniper] | plain and ordinary meaning | "an MPLS (as opposed to GMPLS) device" | Plain-and-ordinary meaning. |
| "the device"<br><br>('140 Patent, claims 21–24, 31, 33)<br><br>[proposed by Juniper] | plain and ordinary meaning<br><br>not indefinite | indefinite or to the extent this term is not indefinite, then it should be construed the same as the term "a network device" | Not indefinite. Plain-and-ordinary meaning. |
| "by itself generate … a backward path [request / reservation] message" ('140 Patent, claims 1, 16)<br><br>"generating … an independent backward path [request / reservation] message" ('140 Patent, claims 21, 23)<br><br>"by a network device generating … a backward path reservation message" ('140 Patent, claim 34)<br><br>[proposed by Juniper] | plain and ordinary meaning | "generate a backward path [request / reservation] message without using specific routing information provided in the forward request, such as bandwidth designations" | Plain and ordinary meaning |

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| "A connection device" (preamble of '273 Patent, claim 1)<br><br>"A router" (preamble of '273 Patent, claim 2)<br><br>[proposed by Juniper] | the preambles are not limiting | the preambles are limiting | The preambles are limiting |
| "A system of redundant pair automatic protection switching at the edge of a Virtual Private LAN system (VPLS) network"<br><br>('656 Patent, preamble of claim 1)<br><br>[proposed by Juniper] | the preamble of claim 1 is not limiting | the preamble of claim 1 is limiting | The entire preamble is: "A system of redundant pair automatic protection switching at the edge of a Virtual Private LAN System (VPLS) network comprising a redundant pair of provider edge nodes comprising:"<br><br>The preamble is not limiting other than "a redundant pair of provider edge nodes comprising" |